UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY FARRIS,

    Plaintiff,

     v.

J. VALDEZ, et al.,

    Defendants.

Case No. 18-cv-05616-JST

**ORDER OF DISMISSAL**

Plaintiff, an inmate at California Institute for Men ("CIM"), filed this *pro se* action pursuant to 42 U.S.C. § 1983 alleging that while he was previously incarcerated at Correctional Training Facility ("CTF"), CTF officers Valdez, Cuevas, Chavez, and Hernandez subjected him to strip searches in violation of the Fourth Amendment. ECF Nos. 9, 12. On March 18, 2020, the Court denied defendants' motion for summary judgment for failure to exhaust administrative remedies and ordered plaintiff to show cause why this action should not be dismissed as moot. ECF No. 25. On April 26, 2020, the Court's March 18, 2020 order was returned to the Court with the notation "inactive." ECF No. 27. Court orders previously served on plaintiff in August and October 2019 were also returned as undeliverable. ECF Nos. 22 and 24. Plaintiff has not communicated with the Court since December 2018. ECF No. 10   The Court is unable to locate plaintiff in the CDCR Inmate Locator.

Pursuant to Northern District Local Rule 3-11, a party proceeding *pro se* must promptly file a notice of change of address while an action is pending. *See* N.D. Cal. L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current

address. *See* L.R. 3-11(b).  More than sixty days have passed since the mail addressed to plaintiff was returned as undeliverable.  The Court has not received a notice from plaintiff of a new address.  Accordingly, the instant civil rights action is DISMISSED without prejudice pursuant to N.D. Cal. L. R. 3-11.

The Clerk shall terminate any pending motions, enter judgment, and close the file.

**IT IS SO ORDERED.**

Dated:  April 4, 2020

_____
JON S. TIGAR
United States District Judge